Michael Drury, State Bar No. 177993  
E-Mail: mdrury@rmwllp.com  
RIEDL, McCLOSKEY & WARING LLP  
550 West C Street, Suite 500  
San Diego, California 92101  
Telephone No.: 619.237.3095  
Fax No.: 619.237.3789  

JS - 6

Attorneys for Defendant RADIOSHACK CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BOYD,<br><br>   Plaintiff,<br><br>   v.<br><br>RADIOSHACK CORPORATION and DOES 1 to 36 inclusive,<br><br>   Defendants. | Case No. CV 08-01578 RSWL (PLAx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY AGREED between the parties, Plaintiff Eric Boyd and Defendant Radioshack Corporation, through their counsel of record, that this action be dismissed with prejudice. Each party to bear its own costs.

**<u>ORDER</u>**

It is so ordered.

Dated: January 23, 2009

_____/S/_____  
Honorable Ronald S. Lew  
Senior, U.S. District Court Judge

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE